**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 652 MAL 2021

Respondent               :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

v.                           :

                                         :

WILLIAM A. JORDAN,            :

                                         :

Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 16th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.